1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  LAW OFFICES OF LYNN HUBBARD, III
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone:   (530) 895-3252
4  Fax:   (530) 894-8244

5  Attorneys for Plaintiff

6  MICHAEL BRUNO, SBN 166805
   GORDON & REES
7  275 Battery Street, Suite 2000
   San Francisco, CA 94111
8  Telephone: (415) 986-5900
   Facsimile: (415) 986-8054
9
   Attorneys for Defendant
10 Trav Cor & Investment, Inc.
   dba Best Western Trail Side Inn
11

12

13                    UNITED STATES DISTRICT COURT

14                    EASTERN DISTRICT OF CALIFORNIA

15

16 LARY FEEZOR,                         Case No. CIV. S 04-2197 MCE (CMK)

17        Plaintiff,

18 v.                                   **REQUEST   FOR   DISMISSAL   AND
                                        ORDER THEREON**
19 TRAV  COR  &  INVESTMENT,  INC.  dba
   BEST  WESTERN  TRAIL  SIDE  INN;  and
20 DOES 1 through 10,

21        Defendants.

22
                                                    /
23 _____

24 ///

25 ///

26 ///

27 ///

28 ///

1     TO THE COURT AND ALL PARTIES:

2         Pursuant to a Settlement Agreement and Release between plaintiff, Lary Feezor,

3   and defendant, Trav Cor & Investment, Inc. dba Best Western Trail Side Inn, the parties

4   hereby request that all parties be dismissed with prejudice from the above-entitled action.

5

6   Dated: August 31, 2005                  LAW OFFICES OF LYNN HUBBARD, III

7

8                                           /s/ Scottlynn J. Hubbard, IV
                                            SCOTTLYNN J HUBBARD, IV
9                                           Attorneys for Plaintiff

10  Dated: August 31, 2005                  GORDON & REES

11

12                                          Signature On File
                                            MICHAEL BRUNO, ESQ.
13                                          Attorneys for Defendant Trav Cor & Investment,
                                            Inc. dba Best Western Trail Side Inn
14

15

16                             **ORDER**

17        IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-04-

18  2197 MCE (CMK), is hereby dismissed with prejudice.

19

20  Dated: September 6, 2005

21

22

23  _____
    MORRISON C. ENGLAND, JR
24  UNITED STATES DISTRICT JUDGE

25

26

27

28